# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JOSEPH HEBERT**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>**CHESAPEAKE OPERATING, INC. AND CHESAPEAKE OPERATING, LLC,**<br><br>*Defendants*. | CASE NO. 2:17-CV-00852<br>JUDGE GEORGE C. SMITH<br>MAGISTRATE JUDGE JOLSON |

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR EQUITABLE TOLLING AS MOOT

The Court having considered Plaintiffs' Motion to Withdraw Motion for Equitable Tolling (Doc. 35) as Moot, is of the opinion that it should be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Motion for Equitable Tolling (Doc. 35) is Denied as moot.

Dated this ___25th___ day of January, 2019.

                                           *s/ George C. Smith*
                                           GEORGE C. SMITH, JUDGE
                                           UNITED STATES DISTRICT COURT