## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH HEBERT**, individually and on behalf of all others similarly situated, | § § § | Docket No. 2:17-cv-00852-SDM-KAJ |
| Plaintiffs, | § § | |
| v. | § § | Judge Sarah D. Morrison |
| **CHESAPEAKE OPERATING, INC. AND CHESAPEAKE OPERATING, LLC** | § § § § § | Magistrate Kimberly A. Jolson |
| Defendants. | § § § | |

## AMENDED MOTION TO APPROVE FLSA SETTLEMENT

**Michael A. Josephson**
State Bar No. 24014780
**Andrew W. Dunlap**
State Bar No. 24078444
**Richard M. Schreiber**
Texas Bar No. 24056278
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
mjosephson@mybackwages.com
adunlap@ mybackwages.com
rschreiber@ mybackwages.com

**Richard J. (Rex) Burch**
State Bar No. 24001807
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

Robert E. DeRose
OH Bar No. 0055214
**BARKAN MEIZLISH HANDELMAN GOODWIN DEROSE WENTZ, LLP**
250 E. Broad Street, 10th Floor
Columbus, OH 43215
614-221-4221 – Telephone
614-744-2300 – Facsimile
bderose@barkanmeizlish.com

**ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS MEMBERS**

**I.    SUMMARY.**

On August 23, 2019, the Court conducted a hearing on the Parties' Motion for Approval of FLSA Settlement. On September 3, 2019, the Parties provided the Court with a revised Notice to potential class members, attached herein as Exhibit 1. On September 30, 2019, Plaintiff filed the unredacted Settlement Agreement (Doc. 55) and Supplement to the Joint Motion to Approve FLSA Settlement (Doc. 56). On September 20, 2019, the Court Denied the Parties Joint Motion for Approval of FLSA Settlement. Doc. 60. Pursuant to that Order, the Court found that the Agreement yields a good benefit to the potential class but disapproved of the attorneys' fees portion of the Agreement. *Id.* at \*9. The Court rejected the settlement because the terms of the agreement conditioned approval of the settlement on approval in its entirety—including attorneys' fees. *Id.*

Following the Court's September 20 Order, Class Counsel worked with counsel for Defendants to revise the settlement agreement to account for a reduction of attorneys' fees from 40% to 33% of the Gross Settlement Fund. With this modification, the Parties respectfully request the Court approve the FLSA Settlement attached hereto as Exhibit 2. Specifically, the reworked agreement between the Parties seeks approval the following payments: (1) a Gross Settlement Amount of $8,550,000; (2) attorneys' fees to Class Counsel of approximately 33% the Gross Settlement Amount (this amount includes Class Counsel's out-of-pocket costs and expenses); (3) Settlement Administrator's costs related to administering this Settlement Agreement, not to exceed $40,000; (4) a service award to Hebert in an amount of $10,000; and (5) a Net Settlement Amount to the Class of $5,678,500.00, an 11% increase for the class members when compared to the previous agreement.

Because the Court knows the record and for the sake of brevity, the Parties incorporate Docs. 45, 46, 55, and 56.

**II.    AS THE COURT NOTED, THE SETTLEMENT YIELDS A GOOD BENEFIT TO THE CLASS.**

For the reasons set forth in the Parties' Joint Motion for Approval of FLSA Settlement (Docs.

45, 46) and the Plaintiff's Supplement to the Joint Motion to Approve FLSA Settlement (Doc. 56), this Court found the proposed agreement provided potential class members with a good benefit. Doc. 60, at *9. The Court's Order specifically discussed the average gross payout per class member, which includes each class member's portion of the attorneys' fees. *Id.* The revised Settlement Agreement provides a superior benefit to the class because Class Counsel negotiated an amendment to the prior agreement that distributes the reduced fee to the class, rather than to Defendants. See Ex. 2.

The additional advantage to the class members is best seen when looking at the class members' net recovery (not including the fees portion.) By virtue of Class Counsel's agreement to reduce the previously negotiated fees from 40% to 33%, the net amount for each class member increased by 11%. The average net recovery (after fees and costs[1]) per class member under the previous settlement agreement was $12,574.26. Under the revised Settlement Agreement, the net settlement amount per class member is $14,055.69. The revision to pass the reduction in attorney fees to the class benefits each class member as the value prescribed to each workweek for calculation of awards ("WW Value") increases. The chart below summarizes the augmented benefit to the class according to the revised Settlement Agreement.

|  | Previous | Revised | Difference |
|---|---|---|---|
| Net Settlement | $5,050,000.00 | $5,678,500.00 | 11% |
| Avg Per Person from Net | $12,574.26 | $14,055.69 | 11% |
| WW Value | $365.13 | $408.14 | 11% |

### III.    CLASS COUNSEL'S REDUCED FEES ARE REASONABLE.

The reduced fee represent a percentage of the total settlement fund are reasonable under the case law cited by this Court and in Ohio federal district courts. *See Hebert,* 2019 WL 4574509, at *8

---

[1] Again, the lowered fee amount is inclusive of all Class Counsel's case costs and expenses.

("33% is typical for attorney's fees in common fund, FLSA collective actions in this District"); *Thorn v. Bob Evans Farms, Inc.*, No. 2:12-cv-00768, 2016 U.S. Dist. LEXIS 195207, at *2 (S.D. Ohio Feb. 25, 2016) (approving 32.92%); *Osman v. Grube, Inc.*, No. 3:16-cv-00802-JJH, 2018 U.S. Dist. LEXIS 78222, at *9 (N.D. Ohio May 4, 2018) (approving 33.3%); *see also Rotuna v. W. Customer Mgmt. Grp., LLC*, No. 4:09-CV-1608, 2010 U.S. Dist. LEXIS 58912, at *20-22 (N.D. Ohio June 15, 2010) (approving one-third of the common fund as attorney's fees); *Swigart,* 2014 WL 3447947, at *5 (court found the percentage approach was the most appropriate method for determining reasonable attorneys' fees and approved 33%); *Johnson v. Midwest Logistics Sys., Ltd.*, No. 2:11-CV-1061, 2013 WL 2295880, at *6 (S.D. Ohio May 24, 2013) (an award of 33% of the total settlement fund is well within the range of fees requested in class and collective actions in Ohio federal district courts and approving 33%); *Perkins v. Evolved*, Inc., No. 2:16-CV-724, 2017 WL 2987220, at *1 (S.D. Ohio June 13, 2017) (approving 34%).

**IV.  CONCLUSION.**

The revised Settlement Agreement yields a substantial benefit to the class members. In light of this Court's guidance, Class Counsel reduced their fee to 33% of the Gross Settlement Fund and negotiated for this reduction to be distributed to the Class. The Parties request the Court approve the revised FLSA Settlement Agreement and the distributions set forth therein, and dismiss this lawsuit and all claims asserted therein with prejudice in accordance with the revised Settlement Agreement, including the claims of Plaintiff and eligible FLSA Settlement Class Members.

Dated: October 25, 2019.

        Respectfully submitted,

        */s/ Richard M. Schreiber*
        Michael A. Josephson
        Texas Bar No. 24014780
        mjosephson@mybackwages.com
        Andrew W. Dunlap
        Texas Bar No. 24078444
        adunlap@mybackwages.com
        Richard M. Schreiber
        Texas Bar No. 24056278
        rschreiber@mybackwages.com
        **JOSEPHSON DUNLAP, LLP**
        11 Greenway Plaza, Suite 3050
        Houston, Texas 77046
        Telephone: 713-352-1100
        Facsimile: 713-352-3300

        **AND**

        Richard (Rex) Burch
        Texas Bar No. 24001807
        rburch@brucknerburch.com
        **BRUCKNER BURCH PLLC**
        8 Greenway Plaza, Suite 1500
        Houston, Texas 77046
        Telephone : 713-877-8788
        Facsimile: 713-877-8065

        **AND**

        Robert E. DeRose, II
        Bar No. 0055214
        bderose@barkanmeizlish.com
        **BARKAN MEIZLISH DEROSE WENTZ MCINERNEY PEIFER, LLP**
        250 E. Broad St., 10th Floor
        Columbus, Ohio 43215

        **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

On October 25, 2019, I served this document by ECF electronic filing on all known parties.

> */s/ Richard M. Schreiber*
> **Richard M. Schreiber**